David W. Dow (#007377)
Jennifer L. Ghidotti (#033071)
**DOW LAW OFFICE**
3104 E. Camelback #281
Phoenix, Arizona 85016
Phone: 480.776.5039
Fax: 480.945.0553
Email: Ddowlaw1@gmail.com
          Jlevine@ddowlaw.com
*Attorneys for Plaintiffs*

Benjamin Taylor
**Taylor & Gomez, LLP**
2600 North 44th Street, Suite B-101
Phoenix AZ, 85008
BT@taylorgomezlaw.com
*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dion Humphrey and William Humphrey,<br><br>Plaintiffs,<br><br>v.<br><br>City of Phoenix, a municipal entity; Audrey Santisi, an individual and acting under the color of law; George Fulton an individual and acting under the color of law; T. Denny, an individual and acting under the color of law; Andrew Barciz, an individual and acting under the color of law; Michelangelo Caggiano, an individual and acting under the color of law; Miner, an individual and acting under the color of law; Paul Flaven, an individual and acting under the color of law; Brian Langeliers, an individual and acting under the color of law; Raymond Meschnark IV, an individual and acting under the color of | Case No.  2:20-cv-02350-SMB-CDB<br><br>**Plaintiffs' Demand for Jury Trial** |

1

law; John and/or Jane Does I-X; individual(s) acting under the color of law; ABC Corporations I-X; and XYZ LLCs I-X,

Defendants.

Plaintiffs, by and through undersigned counsel, demand a trial by jury in this case on all matters triable to a jury.

RESPECTFULLY SUBMITTED this 10th day of December, 2020.

**DOW LAW OFFICE**

By: _/s/ **David Dow**_
David W. Dow
3104 E. Camelback Road, Suite 281
Phoenix, AZ 85016
*Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2020, I e-filed the foregoing document with the Clerk of the Arizona District Court via ECF electronic filing and I served the attached documents via e-mail on the following parties:

Derek Ryan Graffious
John T Masterson
Jones Skelton and Hochuli PLC
40 North Central Ave, Suite 2700
Phoenix AZ, 85004
dgraffious@jshfirm.com
jmasterson@jshfirm.com

By:  */s/ Lena Groen*